UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>         Plaintiff,<br><br>     v.<br><br>MELVIN SIMMONS,<br><br>         Defendant. | No.  2:21-cv-1338 KJM KJN P<br><br><br>AMENDED ORDER[1] |

   Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On October 4, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] The record reflects that this case was removed from Lassen County not Sacramento County.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 4, 2021, are adopted in full;

2. This action is summarily remanded to the Superior Court of California, County of Lassen; and

3. This case is closed.

DATED: May 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE